JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

QUY TRUONG,

         Plaintiff,

    v.

801 LAMBERT, LLC, a limited liability company,

        Defendant.

Case No. 2:24-cv-01782-SPG-JDE

**JUDGMENT**

Pursuant to the Court's November 5, 2025, Order Partially Granting Plaintiff Quy Truong's Motion for Summary Judgment, (ECF No. 46),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment on Plaintiff Quy Truong's ("Plaintiff") claim for injunctive relief under the Americans with Disabilities Act, 42 U.S.C. §§ 12101 *et seq.*, is entered in favor of Defendant 801 Lambert, LLC ("Defendant") and against Plaintiff. Plaintiff shall take nothing on this claim, which is DISMISSED with prejudice.

1

2.      Judgment on Plaintiff's claim for injunctive relief under the California Unruh Civil Rights Act, Cal. Civ. Code §§ 51, 52, is entered in favor of Defendant and against Plaintiff.   Plaintiff shall take nothing on this claim, which is DISMISSED with prejudice.

3.      Judgment on Plaintiff's claim for statutory damages under the California Unruh Civil Rights Act, Cal. Civ. Code § 52(a), is entered in favor of Plaintiff and against Defendant.  Plaintiff is hereby awarded the minimum statutory damages in the amount of $4,000.00 against Defendant.

4.      All dates and deadlines have been vacated.

5.      Plaintiff is the prevailing party and shall recover attorney's fees and costs in an amount to be determined.

**IT IS SO ORDERED.**

Dated:  March 6, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

2